UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>            Plaintiff,<br><br>      v.<br><br>WASHINGTON STATE BAR ASSOCIATION (WSBA),<br><br>            Defendant. | Case No.  C13-1389RSL<br><br>ORDER OF DISMISSAL |

On August 9, 2013, Plaintiff Ronald Satish Emrit, proceeding *pro se*, filed suit against the Washington State Bar Association ("WSBA").  Plaintiff is proceeding *in forma pauperis* and alleges that the WSBA violated 42 U.S.C. § 1983 and the Americans with Disabilities Act.  In addition, Plaintiff alleges that the WSBA acted negligently and violated its contract with Plaintiff by failing to allow him to sit for the July 2011 bar examination and failing to provide him with extra time to complete the essay portion of the exam.  Dkt. # 3 at 4.  He seeks compensatory and punitive damages. Id.

On August 20, 2013, the Court issued an Order requiring Plaintiff to file an amended complaint that alleges facts sufficient to state claims for relief in light of the Eleventh Amendment's bar against suits for damages in federal court against state agencies, including state bar associations.  Dkt. # 4.  The Court warned Plaintiff that failure to file an amended complaint correcting the deficiency identified in the Court's Order within 30 days of the date of that Order would result in dismissal of the case.

ORDER OF DISMISSAL - 1

Although Plaintiff's amended complaint was filed within the time provided by the Court, his argument that the Eleventh Amendment should not bar suits against the WSBA is insufficient to remedy the deficiency identified by the Court. Dkt. # 6 at 2, 10.

The above-captioned matter is therefore DISMISSED without prejudice for failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915(e). Plaintiff's motion to set trial date (Dkt. # 7), motion to compel discovery (Dkt. # 8), motion to appoint counsel (Dkt.# 9), motions in limine (Dkt. # 10), and motion to subpoena witnesses (Dkt. # 11) are DENIED as moot. The Clerk of Court is directed to send a copy of this Order to Plaintiff.

DATED this 10th day of September, 2013.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2